UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD JACKSON, II                                    ORDER OF DISMISSAL
                                                      CV-02-4140 (DRH)(ARL)

      -against-

LONG ISLAND RAILROAD
-----------------------------------------------------------------X

The partied having appeared before Hon. Denis R. Hurley on June 24, 2005 for a settlement conference, and a stipulation of settlement having been entered on the record,

IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should settlement not be consummated.

The clerk is directed to close this case.

      SO ORDERED.

                                                 /S/
                                       DENIS R. HURLEY
                                    United States District Judge

Dated: Central Islip, New York
       June 24, 2005